UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SANDY GRACIANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

             No.: 1:21-cv-6727

     Plaintiffs,

             **NOTICE OF VOLUNTARY**
    v.         **DISMISSAL**

MATOUK TEXTILE WORKS, INC.,

     Defendant.
------------------------------------- x

    Plaintiff(s), SANDY GRACIANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MATOUK TEXTILE WORKS, INC., with prejudice and without fees and costs.

Dated: New York, New York
       September 28, 2021

                                            **GOTTLIEB & ASSOCIATES**

                                            _/s/Michael A. LaBollita, Esq._

                                  Michael A. LaBollita, Esq., (ML-9985)
                                       150 East 18th Street, Suite PHR
                                                   New York, NY 10003
                                                       Phone: (212) 228-9795
                                                          Fax: (212) 982-6284
                                                    Michael@Gottlieb.legal

                                                           _Attorneys for Plaintiffs_

SO ORDERED.

_(signature)_
_____
Hon. Ronnie Abrams
United States District Court Judge
October 5, 2021